# U.S. DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA
## ATTORNEY RENEWAL FORM

*PLEASE COMPLETE THE INFORMATION REQUESTED BELOW:*

Last Name: **CORLIJA**  First Name: **ETHAN**

Middle Name: **B**  Generation (Jr.,Sr., etc.): _____

Last four (4) digits of Social Security Number: **1048**  Date of Birth: **03/26/1974**

USDC Bar Number: **MO0020**  USDC Date of Admission: **04/05/2021**

Principal Office Address:

Firm: **ETHAN B. CORLIJA, PC**

Street: **5205 HAMPTON AVENUE**

Suite: _____

City: **ST. LOUIS**  State: **MO**

Zip: **63109-3102**  Phone: **314-832-9600 x103**

Unit (within firm or agency): _____

E-Mail Address: **ecorlija@sbcglobal.net**

STATE/FEDERAL GOVERNMENT ATTORNEY:  Yes ☐  No ☑

**NOTE:** All occasions, if any, on which you have been held in contempt of Court, convicted of a crime, censured, suspended, disciplined or disbarred by any Court since your last renewal date should be noted on a separate sheet attached to this form. State the facts and circumstances connected therewith.

---

### BAR MEMBER / ATTORNEY INFORMATION LOOKUP
You can check your bar status using the Court's attorney lookup feature at the below link.
https://www.dcd.uscourts.gov/bar-memberattorney-information-lookup

### FAILURE TO RENEW
An attorney who fails to file the required certification and pay the renewal fee will be provisionally removed from the list of members in good standing. The attorney will be restored to the list of members in good standing upon the filing of the required certificate and payment of the delinquent fee within five years after the due date. At the end of the five years from the due date, the attorney's name will be permanently removed from the roll, without prejudice to an application for admission as a new member. [Local Rule 83.9(c)].

---

*PLEASE REMEMBER: THERE IS A $25.00 RENEWAL FEE!!*

THE RENEWAL FEE MUST BE PAID BY FILING THIS FORM IN CASE 24-mc-9999.

<u>PLEASE ALLOW OUR OFFICE FIVE (5) BUSINESS DAYS TO PROCESS YOUR RENEWAL.</u>

# U.S. DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

## ATTORNEY CERTIFICATION

In compliance with Local Rule 83.9(a) AND LCrR 57.21.1, all attorneys who are members in good standing of the bar of this Court, AND/OR, government attorneys eligible to practice by virtue of LCvR 83.2(e) or (f)/LCrR 44.1(e), must submit this certification and hereby certify that he/she:

**(MANDATORY FOR ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THIS COURT AND ATTORNEYS WHO WISH TO MAINTAIN A 'GOVERNMENT' STATUS)**

1. [✓] is familiar with the current version of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of this Court, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996; **and/or**

2. [✓] is familiar with the current version of the Federal Rules of Criminal Procedure, the Sentencing Guidelines, the Federal Rules of Evidence, the Local Rules of this Court, and the Code of Professional Conduct as adopted by the District of Columbia Court of Appeals. (Attorneys who appear in criminal cases.)

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

**(CHECK ALL ITEMS THAT APPLY)**

3. [✓] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

4. [ ] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

5. [✓] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

In consideration of LCvR 83.11, the undersigned applicant certifies that he/she:

**(OPTIONAL)**

6. [✓] has read LCvR 83.11 and understands that members in good standing of the bar of this Court have an obligation to assist or represent the needy in civil matters before this Court whenever requested by the Court and if necessary, without compensation. I understand that the Court has established a voluntary Civil Pro Bono Panel from which attorneys may be appointed by the Court to represent indigent pro se litigants. I have indicated below whether I would like to receive additional information regarding the Court's Civil Pro Bono Panel.

Please Send [ ]     Do Not Send [✓]

I declare under penalty of perjury that the foregoing is true and correct.

| 02/12/2024 | /s/ Ethan B. Corlija |
|---|---|
| DATE | SIGNATURE OF ATTORNEY |
| | (If electronically filed, use /s/ [Name of Attorney]) |